IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-20069-01-CM |
| ) | |
| GALE RENEE RUPERT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER TO WITHDRAW

NOW, on this 7th day of June, 2007, the above-entitled matter comes regularly on before the Court on the motion of B. Kay Huff, appointed counsel for the defendant, Gale Renee Rupert, for an order allowing her to withdraw from further representation of the defendant herein (ECF Doc. 7).

THEREUPON the Court after being well and duly advised and after considering the facts and circumstances set out in movant's motion finds that movant, B. Kay Huff, should be allowed to withdraw from further representation of Gale Renee Rupert for the reasons stated in her motion.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED THAT the defendant's present counsel, B. Kay Huff, should be and is hereby allowed to withdraw from further representation of Gale Renee Rupert herein.

IT IS SO ORDERED.

s/ Carlos Murguia
CARLOS MURGUIA
UNITED STATES DISTRICT JUDGE